[File No. 6798]

CHARLES RAATZ et al., Petitioners, v. JOHN SAND, C. B. Mogck, E. G. Nicolai, J. C. Arduser, H. L. Cole and John Weiler, the Board of County Commissioners and Board of Equalization in and for the County of LaMoure in the State of North Dakota, Respondents.

(300 NW 467)

Opinion filed October 17, 1941. Rehearing denied October 29, 1941

*Knauf & Knauf,* for petitioners.

*A. G. Porter,* State's Attorney, and *T. A. Thompson,* for respondents.

*Roy K. Redetzke,* amicus curiae.

MORRIS, J. This proceeding involves an application for a supervisory writ. The facts are similar and the questions of law are identical with those involved in David W. Goodman v. Fred Christensen, Ben Koester, and James Kennelly, the Board of County Commissioners and Board of Equalization in and for the county of Kidder, in the state of North Dakota, ante, 306, 300 NW 460. Our determination in this proceeding is therefore controlled by that decision. The writ prayed for is denied.

BURR, Ch. J., and CHRISTIANSON, NUESSLE, and BURKE, JJ., concur.